1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10
     WILLIAM LAUER, individually and as the
11   Personal Representative of the Estate of
     SHIRLEY LAUER,
12                                                      Case No. C06-5124FDB
                    Plaintiff,
13                                                      ORDER
            v.
14
     EXTENDICARE HOMES, INC., a Delaware
15   corporation; EXTENDICARE HEALTH
     NETWORK, INC., a Delaware corporation;
16   and DR. BRIAN KEAY, an individual,

17                  Defendants.

18          Defendants Extendicare Homes, Inc. And Extendicare Health Network, Inc. removed this

19   cause of action from Thurston Count Superior Court on diversity grounds, stating that it became

20   removable on March 2, 2006 upon the dismissal of Dr. Brian Keay, a Washington resident.

21   Defendants assert there is diversity, as Plaintiff is a Washington resident and the Extendicare

22   Defendants are foreign corporations and are not citizens of this state, and further states that it has a

23   good faith belief that the matter in controversy exceeds the sum of $75,000.

24          Under 28 U.S.C. § 1332, a corporation is a citizen both of the state by which it has been

25   incorporated and of the State where it has its principal place of business.  Defendants merely assert

26   ORDER - 1

1  that they are not citizens of Washington, but do not affirmatively state where the Extendicare

2  Defendants' principal place of business is.

3          NOW, THEREFORE, IT IS ORDERED: the Defendants Extendicare Homes, Inc. And

4  Extendicare Health Network, Inc. shall file a document by no later than March 20, 2006

5  demonstrating their principal place of business.

6          DATED this 13th day of March, 2006.

7

8                                          _____

9                                          FRANKLIN D. BURGESS
                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER - 2