UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM LAUER, individually and as the Personal Representative of the Estate of SHIRLEY LAUER,

Plaintiff,

v.

EXTENDICARE HOMES, INC., a Delaware corporation; EXTENDICARE HEALTH NETWORK, INC., a Delaware corporation; and DR. BRIAN KEAY, an individual,

Defendants.

Case No. C06-5124FDB

ORDER

Defendants Extendicare Homes, Inc. And Extendicare Health Network, Inc. removed this cause of action from Thurston Count Superior Court on diversity grounds, stating that it became removable on March 2, 2006 upon the dismissal of Dr. Brian Keay, a Washington resident. Defendants assert there is diversity, as Plaintiff is a Washington resident and the Extendicare Defendants are foreign corporations and are not citizens of this state, and further states that it has a good faith belief that the matter in controversy exceeds the sum of $75,000.

Under 28 U.S.C. § 1332, a corporation is a citizen both of the state by which it has been incorporated and of the State where it has its principal place of business. Defendants merely assert

ORDER - 1

1  that they are not citizens of Washington, but do not affirmatively state where the Extendicare

2  Defendants' principal place of business is.

3  NOW, THEREFORE, IT IS ORDERED: the Defendants Extendicare Homes, Inc. And

4  Extendicare Health Network, Inc. shall file a document by no later than March 20, 2006

5  demonstrating their principal place of business.

6  DATED this 13th day of March, 2006.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

26  ORDER - 2