UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM LAUER, individually and as the Personal Representative of the Estate of SHIRLEY LAUER,

Plaintiff,

v.

EXTENDICARE HOMES, INC., a Delaware corporation; and EXTENDICARE HEALTH NETWORK, INC. , a Delaware corporation,

Defendants.

Case No. C06-5124FDB

ORDER DENYING PLAINTIFF'S MOTION TO ADD ADDITIONAL DEFENDANT AND TO REMAND

Plaintiff seeks to join a non-diverse defendant followed by remand of this cause of action to Thurston County Superior Court, whence it was removed.  Plaintiffs assert that they only now learned, through discovery, the identity of the nurse whom they allege failed to give Shirley Lauer certain medication and that they cannot obtain complete relief without her being joined.   Defendants object to joinder arguing that (1) Plaintiff could have named a "Jane Doe" defendant in the original complaint; (2) the Court should exercise its discretion and deny a diversity-destroying amendment because Plaintiff can recover from Defendants for any alleged misconduct of the nurse, and the statute of limitations has not run on this cause of action, among other things.

ORDER - 1

1   This cause of action was properly removed. Now that a non-diverse defendant is sought to
2   be added, there are two options under 28 U.S.C. § 1447(e): deny joinder or permit joinder and
3   remand this matter. Because joint tortfeasors and principals and agents are not indispensable parties
4   required to be joined, 4 *Moore's Federal Practice* ¶ 19.06[1], and giving consideration to the other
5   factors cited by Defendants, the joinder of Laura Copperwheat is denied, rendering the request for
6   remand moot.
7   ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion To Join Defendant And Remand To
8   State Court [Dkt. # 9] is DENIED.
9   DATED this 7th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2